UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOPE ANTONIO LOPEZ-ORTEGA,

    Petitioner,

v.                                                 Case No:  8:15-cv-1845-T-30AEP
                                                    Crim. No: 8:08-cr-24-T-30AEP

UNITED STATES OF AMERICA,

    Respondent.
_____/

# ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (CV Doc. 1) filed on August 7, 2015. The Court issued an order to show cause, directing Petitioner to demonstrate why his motion should not be dismissed as time-barred.  (CV Doc. 3).  Petitioner filed a response asserting that the statute of limitations should be tolled because his place of incarceration did not contain materials regarding § 2255 and its statute of limitations.  (CV Doc. 4).  The Court then directed the government to file a response addressing both the timeliness of Petitioner's motion and its merits.  (CV Doc. 5).  The government filed its response on April 25, 2016, filing a supplemental response on April 29, 2016.  (CV Docs. 9, 10).

In its supplemental response, the government states that Kenneth Gray, the Compliance Advisor at D. Ray James, stated that the inmate's library has had Lexis-Nexis since 2010, and that the software is updated quarterly and available to the inmates seven

days a week. (CV Doc. 10). This information, however, was not accompanied by an affidavit from Kenneth Gray, and, therefore, the Court cannot rely on it.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Within seven (7) days of the date of this order, the government shall provide an affidavit from Kenneth Gray regarding the availability of materials relating to § 2255 at Petitioner's place of incarceration during the time in which Petitioner should have filed a timely § 2255 motion.

2. Within fourteen (14) days of the filing of the affidavit, Petitioner may file a response.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of June, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record